Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

### UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. MARTINEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>Defendant.<br><br>  Defendant.<br>_____/ | CASE NO. 2:12-cv-02789-KJN<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 2, 2013, by forty-five days, to the new response date of September 16, 2013, and that Defendant's brief will be due October 16, 2013. This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: July 23, 2013

                                                BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Acting Regional Chief Counsel, Region IX,

*/s/ Ann N. Cerney*                          */s/ Armand D. Roth*
ANN M. CERNEY,                       ARMAND D. ROTH,
Attorney for Plaintiff                    (As authorized via E-mail on 7/23/13)
                                                Special Assistant U S Attorney
                                                Attorneys for Defendant

Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| JOHN J. MARTINEZ, | CASE NO. 2:12-cv-02789-KJN |
| Plaintiff, | [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before September 16, 2013.

SO ORDERED.

DATED: July 24, 2013

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE