1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9

10 JOHN J. MARTINEZ,                           CASE NO. 2:12-cv-02789-KJN

11                 Plaintiff,                  **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**
12 vs.

13 CAROLYN W. COLVIN,
   Commissioner of Social Security,
14 Defendant.

15                 Defendant.
   _____/

16     IT IS HEREBY STIPULATED by and between the parties, through their respective

17 undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

18 Summary Judgment in the above-referenced case is hereby extended from the present due date of

19 August 2, 2013, by forty-five days, to the new response date of September 16, 2013, and that

20 Defendant's brief will be due October 16, 2013.  This extension is requested because Plaintiff

21 has a particularly heavy briefing schedule this month.

22 DATED: July 23, 2013
                                               BENJAMIN B. WAGNER
23                                             United States Attorney
                                               DONNA L. CALVERT
24                                             Acting Regional Chief Counsel, Region IX,

25 */s/ Ann N. Cerney*                         */s/ Armand D. Roth*
   ANN M. CERNEY,                              ARMAND D. ROTH,
26 Attorney for Plaintiff                      (As authorized via E-mail on 7/23/13)
                                               Special Assistant U S Attorney
27                                             Attorneys for Defendant

28

---

1

STIPULATION AND [proposed] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                  —o0o—

10 JOHN J. MARTINEZ,                    CASE NO. 2:12-cv-02789-KJN

11          Plaintiff,                  [proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 CAROLYN W. COLVIN,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18 APPROVED.

19     Plaintiff shall file his Motion For Summary Judgment on or before September 16, 2013.

20     SO ORDERED.

21 DATED: July 24, 2013

22                                      _____
                                        KENDALL J. NEWMAN
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

---

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT