UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. MARTINEZ, | No. 2:12-cv-2789-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff filed his Motion for Summary Judgment (ECF No. 15) on September 16, 2013. Defendant has not yet filed its opposition thereto.

On October 1, 2013, defendant filed a motion to stay this action "until Congress has restored appropriations."[1] (Mot. for Stay, ECF No. 16 at 1-2.) According to defendant,

> 1. At the end of the day on September 30, 2013, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Social Security Administration. The Department does not know when funding will be restored by Congress.
>
> 2. Absent an appropriation, Department of Justice attorneys and employees of the Social Security Administration are prohibited from working, even on a voluntary basis, except in very limited

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel therefore requests a stay of proceedings until Congress has restored appropriations to both the Department of Justice and the Social Security Administration.

4. If this motion for a stay is granted, the Government requests that, when Congress has appropriated funds for the Department of Justice and the Social Security Administration, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized the undersigned counsel to state that there is no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Acting Commissioner of Social Security hereby moves for a stay of proceedings in this case until Department of Justice and Social Security Administration attorneys are permitted to resume their usual civil litigation functions.

(ECF No. 16 at 1-2.)

Accordingly, IT IS HEREBY ORDERED that:

1. The requested stay as described in defendant's motion (ECF No. 16) of October 1, 2013, is granted.

2. The stay of the action shall be automatically lifted when the lapse in appropriations has ended, without further order of the court. The Commissioner's cross-motion for summary judgment will be due within 30 days thereafter. In light of these extenuating circumstances, however, the court will entertain a stipulation for an additional extension of time if necessary.

IT IS SO ORDERED.

Dated: October 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE