BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| John J. Martinez, | No. 12-cv-02789-KJN (SS) |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |
|     v. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security,[1] | |
|     Defendant. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
2  approval of the Court, that Defendant shall have a 30-day extension of time, up to December 18,
3  2013, to file his brief. This extension is requested because Defendant's counsel has had a very
4  heavy workload after returning from furlough including responding to an unexpected motion for
   enforcement before this Court (No. 09-cv-01460-KJN).

Respectfully submitted,

/s/ Ann M. Cerney *
ANN M. CERNEY
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: November 18, 2013          /s/ Armand D. Roth
                                  ARMAND D. ROTH)
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  November 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2