BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| John J. Martinez, | No. 12-cv-02789-KJN (SS) |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |
|     v. | |
| Carolyn W. Colvin, | |
| Acting Commissioner of Social Security,[1] | |
|     Defendant. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to December 18, 2013, to file his brief. This extension is requested because Defendant's counsel has had a very heavy workload after returning from furlough including responding to an unexpected motion for enforcement before this Court (No. 09-cv-01460-KJN).

                                            Respectfully submitted,

                                            /s/ Ann M. Cerney *
                                            ANN M. CERNEY
                                            PLAINTIFF'S ATTORNEY
                                            * by Armand Roth by email authorization

                                            BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

Dated: November 18, 2013              /s/ Armand D. Roth
                                            ARMAND D. ROTH)
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  November 20, 2013

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE